# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| RICARDO GARCIA FLORES, | ) | |
| | ) | |
| *Petitioner*, | ) | Case No. 3:26-cv-233 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| PAUL COOPER, *et al.*, | ) | Magistrate Judge McCook |
| | ) | |
| *Respondents*. | ) | |

## <u>ORDER</u>

Petitioner Ricardo Garcia Flores, by and through counsel, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 on May 18, 2026, challenging his detention without a bond hearing as violative of the Immigration and Nationality Act and his right to substantive and procedural due process. [Doc. 1].   Petitioner has paid the filing fee.

Having reviewed the petition, the Court **DIRECTS** the Clerk to forward one copy of the petition [Doc. 1] and this Order to each Respondent.  Given the issues raised in the petition, good cause exists to require Respondents to file a response by **May 21, 2026**, to show cause why the writ should not issue.  *See* 28 U.S.C. § 2243.  Petitioner may file any desired reply by **May 22, 2026**.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**